MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHOR LOR,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01046-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    The parties, through their respective counsel, stipulate that the time for filing of Defendant's Answer be extended one (1) day from August 21, 2018, to August 22, 2018. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time because of a calendaring error on the part of Defendant's counsel.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Order for Ext, 2:18-cv-01046-KJN   -1-

Respectfully submitted,

Dated: August 22, 2018  /s/ John V. Johnson
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: August 22, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: August 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE