JOHN V. JOHNSON
Attorney for Plaintiff
McGregor W. Scott
United States Attorney
DEBORAH LEE STACHEL, Bar No. 230138
Regional Chief Counsel, Region IX
Gina Tomaselli
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 744-0134
    E-Mail: gina.tomselli@ssa.gov

    Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHOR LOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW W. SAUL, commissioner<br>of the Social Security Administration,<br><br>    Defendant.<br>_____ ) | CASE. No.: 2:18-CV-01046-KJN<br><br>STIPULATION AND ORDER<br>FOR ATTORNEY'S FEES PURSUANT<br>TO 28 U.S.C. SECTION 2412(d) |

    It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Chor Lor, will be awarded attorney fees in the amount of EIGHT THOUSAND SIX HUNDRED TWENTY FOUR and NO CENTS DOLLARS ($8,624.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

    After the Court issues an order for EAJA fees to Chor Lor, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor

any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Chor Lor, but if the Department of the Treasury determines that Chor Lor, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered directly to John V. Johnson.

This stipulation constitutes a compromise settlement of Chor Lor's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Chor Lor, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: April 7, 2020

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: April 7, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Attorney, Region IX
Social Security Administration

By: / s / Gina Tomaselli
GINA TOMASELLI
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: April 9, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lor.1046