UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR LOR, | No. 2:18-cv-1046-KJN |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In light of the Ninth Circuit Court of Appeals' order filed on January 24, 2020 (ECF No. 25), and the formal mandate issued on May 6, 2020 (ECF No. 29), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.[1]

The Clerk of Court shall close this case in the district court.

IT IS SO ORDERED.

Dated: May 11, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lor.1046

---

[1] This action was referred to the undersigned pursuant to Local Rule 302(c)(15), and all parties consented to proceed before a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). (ECF Nos. 8, 10.)

1